UNION GUARDIAN TRUST CO. *v.* GREVNIN.

APPEARANCE—GENERAL APPEARANCE BY ATTORNEY—INTENTION UN-
    IMPORTANT.
    By entering general appearance, by attorney, defendant sub-
        mitted to jurisdiction, and his intention in so doing is
        unimportant.

Appeal from Wayne; Hunt (Ormond F.), J. Sub-
mitted June 6, 1933. (Calendar No. 37,168.) De-
cided August 29, 1933.

Action by Union Guardian Trust Company, a
Michigan corporation, and others against Harry
Grevnin and others. On motion to set aside default
judgment as to defendant Harry Grevnin. From
conditional order setting aside default, defendant
Harry Grevnin appeals. Affirmed.

*Bulkley, Ledyard, Dickinson & Wright (Glenn D.
Curtis, of counsel), for plaintiff.*

*John Panchuk,* for defendant Harry Grevnin.

CLARK, J. Defendant Harry Grévnin filed motion
to dismiss, averring lack of jurisdiction of his per-
son. He changed attorneys, and the present coun-
sel, in connection with notice of substitution, filed
general appearance, and accordingly the motion
was denied. Defendant has appealed.

By the general appearance, entered by his attor-
ney, defendant submitted to jurisdiction, but this is
challenged on the ground of lack of specific author-
ity of the attorney to enter a general appearance.
He was the attorney. He entered general appear-
ance. What he intended is not important. As a

matter of law, he entered general appearance, and that is decisive under the rule of *Najdowski* v. *Ransford,* 248 Mich. 465, where it is said:

"Whether participation in a suit constitutes a general appearance is not a question of intention but one of law."

See, also, *Weisman* v. *Newton Beef Co.,* 154 Mich. 511; *Petersen* v. *Wayne Circuit Judge,* 243 Mich. 600; *Kramer* v. *Gerlach,* 28 Misc. 525 (59 N. Y. Supp. 855); *Stevens* v. *Harris,* 99 Mich. 230; *Lane* v. *Leech,* 44 Mich. 163.

Affirmed.

McDonald, C. J., and Potter, Sharpe, North, Fead, Wiest, and Butzel, JJ., concurred.